```
 1 │ William T. Eliopoulos (State Bar No. 100633)
   │ weliopoulos@rutan.com
 2 │ Kaveh Badiei (State Bar No. 215179)
   │ kbadiei@rutan.com
 3 │ RUTAN & TUCKER, LLP
   │ Five Palo Alto Square
 4 │ 3000 El Camino Real, Suite 200
   │ Palo Alto, CA 94306-9814
 5 │ Telephone:  650-320-1500
   │ Facsimile:   650-320-9905
 6 │
   │ Attorneys for Defendant
 7 │ INDIANAPOLIS LIFE INSURANCE COMPANY
 8 │              UNITED STATES DISTRICT COURT
 9 │             NORTHERN DISTRICT OF CALIFORNIA
10 │
```

| | |
|---|---|
| 11  MICHAEL RICUPITO, an individual; and MICHAEL R. RICUPITO, DDS, MS, INC., 12  a California corporation; MICHAEL RICUPITO DDS, DEFINED BENEFIT 13  PENSION PLAN, <br><br> 14          Plaintiffs, <br><br> 15     vs. <br><br> 16  INDIANAPOLIS LIFE INSURANCE COMPANY, an Indiana corporation, and 17  DOES 1 through 100, inclusive, <br><br> 18          Defendant. | Case No. C09-05111-CRB <br><br> **STIPULATION EXTENDING TIME FOR DEFENDANT INDIANAPOLIS LIFE INSURANCE COMPANY TO RESPOND TO PLAINTIFFS' COMPLAINT** |

```
19
20
21
22
23
24
25
26 │ ///
27 │ ///
28 │ ///
```

Rutan & Tucker, LLP
attorneys at law

2395/022625-0013
1047961.01 a10/29/09

STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO
PLAINTIFFS' COMPLAINT

1  WHEREAS on October 27, 2009 Defendant Indianapolis Life Insurance Company
2  ("ILIC") removed Plaintiffs' complaint, which was filed in California State Court, County
3  of Alameda as Case No. HG-09-472810 (the "Complaint"), to this Court;

4  WHEREAS ILIC's responsive pleading to Plaintiffs' Complaint is due on or before
5  November 2, 2009;

6  NOW THEREFORE, Plaintiffs and ILIC, by and through their counsel, stipulate to
7  extent the time for ILIC to respond to Plaintiffs' Complaint. ILIC's responsive pleading,
8  per this stipulation, shall be filed on or before November 23, 2009.

9  IT IS SO STIPULATED.

11  Dated: ~~October~~ Nov. 2, 2009         RUTAN & TUCKER, LLP

13                                          By: /s/ [signature]
14                                          William T. Eliopoulos
                                            Kaveh Badiei
15                                          Attorneys for Defendant
                                            INDIANAPOLIS LIFE INSURANCE
16                                          COMPANY

18
19  Dated: October 30, 2009                 LAW OFFICES OF
                                            WILLIAM F. GHIRINGHELLI

22                                          By: /s/ [signature]
                                            William F. Ghiringhelli
                                            Attorneys for Plaintiffs
23                                          MICHAEL RICUPITO, MICHAEL R.
                                            RICUPITO, DDS, MS, INC. and
24                                          MICHAEL RICUPITO DDS, DEFINED
                                            BENEFIT PENSION PLAN

**IT IS SO ORDERED**
Judge Charles R. Breyer
(Seal: United States District Court, Northern District of California)

Rutan & Tucker, LLP
attorneys at law

2395/022625-0013
1047961.01 a10/29/09

STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO
PLAINTIFFS' COMPLAINT

# PROOF OF SERVICE BY MAIL

**STATE OF CALIFORNIA, COUNTY OF SANTA CLARA**

I am employed by the law office of Rutan & Tucker, LLP in the County of Santa Clara, State of California. I am over the age of 18 and not a party to the within action. My business address is Five Palo Alto Square, 3000 El Camino Real, Suite 200, Palo Alto, CA 94306-9814.

On November 2, 2009, I served on the interested parties in said action the within:

**STIPULATION EXTENDING TIME FOR DEFENDANT INDIANAPOLIS LIFE INSURANCE COMPANY TO RESPOND TO PLAINTIFFS' COMPLAINT**

by placing a true copy thereof in sealed envelope(s) addressed as stated below:

William. F. Ghiringhelli, Esq.
LAW OFFICES OF WILLIAM F. GHIRINGHELLI
39159 Paseo Padre Parkway, Suite 225
Fremont, CA  94538
Tel:  (510) 396-3148
Fax:  (510) 648-2902

In the course of my employment with Rutan & Tucker, LLP, I have, through first-hand personal observation, become readily familiar with Rutan & Tucker, LLP's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice I deposited such envelope(s) in an out-box for collection by other personnel of Rutan & Tucker, LLP, and for ultimate posting and placement with the U.S. Postal Service on that same day in the ordinary course of business. If the customary business practices of Rutan & Tucker, LLP with regard to collection and processing of correspondence and mailing were followed, and I am confident that they were, such envelope(s) were posted and placed in the United States mail at Palo Alto, California, that same date. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on November 2, 2009, at Palo Alto, California.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

_____           _____
            Maryknol Respicio                                                  (Signature)
         (Type or print name)

---

Rutan & Tucker, LLP
attorneys at law

2395/022625-0013
1047130.01 a10/28/09

CERTIFICATE OF SERVICE – STIPULATION EXTENDING TIME TO RESPOND TO PLAINTIFFS' COMPLAINT